# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**  
Providence Homeowners' Association, Inc  
Name of Creditor on POC: Sky Bryce Assn., Inc.

**In re:** Ray A Hernandez

**Case Number** 19−34715−KLP  
**Chapter** 13

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

Proof of Claim No. 12

**CLAIMS/TRANSFER OF CLAIM:**

_    Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

**x**    Document does not appear to be filed in the correct case. Please review this filing for possible error, and file it in the correct case, as appropriate.

_    Official Form 2100A – Transfer of Claim Other Than For Security.* The transfer is NOT in substantial compliance with the Procedural Official Form Official 2100A.

_    Official Form 410 – Proof of Claim* – not attached to entry or attached form not in substantial compliance with Official Form.

_    Official Form 2100A – Transfer of Claim Other Than For Security.* A transfer of claim fee of $25.00 is due and owing. Please make payment IMMEDIATELY, so that your transfer may be processed.

**x**    EVENT CODE FOR WITHDRAWAL:

Bankruptcy Events Claim Actions Withdrawal of Claim

*A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date: November 13, 2019      CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Linda Smith, Deputy Clerk  
[igclaimsvDec2015.jsp]      Direct Dial Telephone No. 804−916−2412

United States Bankruptcy Court
Eastern District of Virginia

In re:
Ray A Hernandez
     Debtor

Case No. 19-34715-KLP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: smithla     Page 1 of 1     Date Rcvd: Nov 13, 2019
                        Form ID: iclaim15    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.
15136978        +Providence Homeowners' Association, Inc.,    c/o Chadwick Washington, et al.,
               3201 Jermantown Rd., Suite 600,    Fairfax, VA 22030-2879

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:
           Aaron Nash    on behalf of Creditor    TD Auto Finance, LLC  anash@evanspetree.com,
            bfox@evanspetree.com
           Carl M. Bates    station01@richchap13.com,
            station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com
           Daniel Kevin Eisenhauer    on behalf of Creditor    Fifth Third Bank successor by merger to Fifth Third Mortgage Company, ANHSOrlans@InfoEx.com,  ecfaccount@orlans.com
           Jeremy Calvin Huang    on behalf of Creditor    Providence Homeowners Association, Inc.  jhuang@chadwickwashington.com,  bankruptcy@chadwickwashington.com
           John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
           Nupa Agarwal    on behalf of Debtor Ray A Hernandez  agarwaligotnotices@gmail.com,
            nupaagarwal@gmail.com,debbie.nupaagarwal@gmail.com
           Susan Hope Call    on behalf of Trustee Carl M. Bates  susancall@richchap13.com,
            station15@richchap13.com
                                                                                                 TOTAL: 7